DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. KELLAM

No. 289P91

Case below: 103 N.C.App. 171

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 January 1992.

STATE v. MAYE

No. 533A91

Case below: 104 N.C.App. 437

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1992.

STATE v. PETERSILIE

No. 43P92

Case below: 105 N.C.App. (9124SC313)

Motion by Attorney General for temporary stay allowed 31 January 1992 pending consideration and determination of his petitions for discretionary review and writ of certiorari.

THOMASSON v. GRAIN DEALERS MUT. INS. CO.

No. 522PA91

Case below: 103 N.C.App. 475

Petition by defendant (Insurance Company) for writ of certiorari to the North Carolina Court of Appeals allowed 24 January 1992.

WEST AMERICAN INSURANCE CO. v.
TUFCO FLOORING EAST

No. 542PA91

Case below: 104 N.C.App. 312

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 24 January 1992.